UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Elaine Coleman Neal**  Docket No. 5:16-CR-64-1BO

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Elaine Coleman Neal, who, upon an earlier plea of guilty to Distribution of Pseudoephedrine With Reason to Know of Its Wrongful Intended Use, in violation of 21 U.S.C. § 841(c)(2), was sentenced by the Honorable Linda R. Reade, Chief U.S. District Court Judge for the Northern District of Iowa on May 23, 2010, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Elaine Coleman Neal was released from custody on October 31, 2014, at which time the term of supervised release commenced. She moved to the Eastern District of North Carolina in August 2015 and jurisdiction was transferred to this district in March 2016. In November 2016, Neal moved to the Southern District of Iowa after her girlfriend's mother required continued care due to her declining health. On January 24, 2017, the defendant's conditions were amended to include 120 days of curfew with electronic monitoring based upon her use of marijuana. She also completed a substance abuse evaluation and continues to participate in outpatient treatment.

On February 14, 2017, the defendant tested positive for the use of marijuana and cocaine. When confronted, she admitted to using these substances. The probation office for the Southern District of Iowa requested that her conditions be further amended to include a two-day jail sanction. Her leave time was also restricted to employment and treatment purposes only.

On April 15, 2017, Neal violated the terms of her curfew. Additionally, on April 17, 2017, she reported to the probation officer in Davenport, Iowa, and admitted to smoking cocaine and marijuana on April 15, 2017, and April 16, 2017. Based upon these violations, the supervising probation office has requested that Neal be placed in a residential reentry center for up to 120 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall reside, participate, and follow the rules of the residence reentry program, as directed by the U.S. Probation Officer, for up to 120 days.

Except as herein modified, the judgment shall remain in full force and effect.

Elaine Coleman Neal
Docket No. 5:16-CR-64-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie Wise Rosa
Julie Wise Rosa
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8675
Executed On: May 2, 2017

### ORDER OF THE COURT

Considered and ordered this __3__ day of __May__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge